IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| DELISA M. GWYN | ) ) | Case No. 10-50963 |
| Debtor. | ) ) ) | Chapter 7 |

## ORDER DENYING APPLICATION FOR WAIVER OF CHAPTER 7 FILING FEE

This matter came before the Court on June 16, 2010 upon the Application to Proceed In Forma Pauperis filed by the Debtor on May 25, 2010. Kenneth Love appeared on behalf of the Debtor and Robert E. Price, Jr. appeared on behalf of the Bankruptcy Administrator. Upon consideration of the Application and other matters of record, the Court finds that the Debtor may not proceed in forma pauperis, as the Debtor has the ability to pay the filing fee in installments. The Court finds the Debtor may pay the filing fee in five payments beginning July 1, 2010 and continuing on the first of each month thereafter.

IT IS ORDERED that the Application is DENIED.

IT IS FURTHER ORDERED that the Debtor pay the total filing fee in the amount of $299.00 as follows:

$50.00 on or before July 1, 2010

$50.00 on or before August 1, 2010

$50.00 on or before September 1, 2010

$50.00 on or before October 1, 2010

$50.00 on or before November 1, 2010

$49.00 on or before December 1, 2010

Case 10-50963    Doc 15    Filed 06/22/10    Page 2 of 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION**

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | |
| DELISA M. GWYN | ) ) | Case No. 10-50963 |
| Debtor. | ) ) ) | Chapter 7 |

<u>PARTIES IN INTEREST</u>

Delisa Gwyn

Kenneth Love, Esq.

Michael D. West, Bankruptcy Administrator

W. Joseph Burns, Trustee